AUSA: Jeanine Brunson  Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint    Special Agent: Jeffrey Sokolowski  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.
Darrious Jermaine Arrington

Case No. Case: 2:21−mj−30469
Assigned To : Unassigned
Assign. Date : 9/30/2021
CMP USA V. ARRINGTON (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 29, 2021 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 922(g)(1) | Felon in possession of firearms |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Jeffrey J. Sokolowski, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 30, 2021

_Judge's signature_

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeffrey J. Sokolowski, being first duly sworn, hereby depose and state as follows:

### Introduction and Background

1. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2009. I am currently assigned to the FBI Detroit Division Crime Task Force ("VCTF"). As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal and state violations, including crimes of violence and firearms.

2. The statements contained in this affidavit are based on my experience and background as an FBI Special Agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4. I am currently investigating Darrious Jermaine ARRINGTON, date of birth xx/xx/1989, for violations of federal law, including felon in possession of firearms/ammunition, in violation of 18 U.S.C. § 922(g)(1).

1

5. I have conducted a computerized criminal history check (CCH) for ARRINGTON which revealed ARRINGTON has been convicted of the following felony offenses:

- 2009- Felony Motor Vehicle- Unlawful Driving Away; Felony Habitual Offender- Second Offense Notice
- 2013- Felony Weapons- Felony Firearms
- 2017- Felony Police Officer- Assaulting/Restricting/Obstructing Causing Injury (2 counts)

6. For each of the above-described convictions, ARRINGTON was sentenced to a term of imprisonment in the Michigan Department of Corrections (MDOC) for at least one year and was most recently discharged from MDOC probation on or about September 26, 2021. Therefore, there is probable cause that ARRINGTON knew he was convicted of a felony offense punishable by more than one year of imprisonment prior to the following offense date of September 29, 2021.

## **Probable Cause**

7. On July 6, 2021, Highland Park Police Department reported the breaking and entering of a Family Dollar within its jurisdiction that matched the modus operandi of numerous breaking and enterings of Family Dollar stores in the City of Detroit. Highland Park PD apprehended two suspects that were tracked via a GPS tracker that was with the money in the safe stolen from that Family Dollar.

8. On July 7, 2021, Detroit Police responded to the Highland Park PD and conducted an interrogation of the two suspects, ARRINGTON and "G.D." ARRINGTON and G.D. denied any involvement in the burglary of dollar stores in the City of Detroit, but ARRINGTON admitted to involvement in the Highland Park Family Dollar breaking and entering on July 6, 2021.

9. The Detroit Police Department is currently investigating a series of breaking and enterings of Family Dollar stores in the metro Detroit area and has requested and obtained the assistance of the VCTF with regard to this ongoing investigation.

10. On September 29, 2021, a state search warrant was conducted at 15xxx Roselawn Street, Apartment x, in the City of Detroit. ARRINGTON was located and arrested inside of this location for a warrant out of Highland Park for the July 6, 2021, safecracking and burglary of the Family Dollar.

11. During a search of the residence, two firearms were recovered along with ammunition. One of the firearms was a SMZ SAR 9, which was recovered in a cabinet in the back bedroom. The other firearm was a Glock 27 which was recovered under the couch in the living room of the apartment. ARRINGTON advised members of the VCTF on scene that he sleeps on the couch in the living room. ARRINGTON was subsequently transported to the Detroit Detention Center without incident.

12. Later in the afternoon of September 29, 2021, a member of the VCTF from the Detroit Police Department and the Officer in Charge of the Family Dollar burglary series case from the Detroit Police Department conducted a custodial interview of ARRINGTON. ARRINGTON was furnished his *Miranda* rights, acknowledged his understanding of same, and waived said rights.

13. During the custodial interview, ARRINGTON was questioned regarding the two firearms recovered from the residence. Initially, ARRINGTON stated he bought the "green gun" (SNZ SAR 9) for his "girl" and that she keeps it in the back bedroom for her protection. ARRINGTON advised he bought the gun for his "girl" after someone was shot and killed in the apartment directly above their unit.

14. When ARRINGTON was asked about the second firearm (Glock 27) that was recovered under the couch, he stated that he and his "girl" bought the two for a total of $1,000.00 the day after an individual was shot and killed in the apartment directly above their unit. ARRINGTON advised the firearms were "house guns" and were purchased for their protection.

15. ARRINGTON stated the firearms were purchased as "house guns", were never taken out of the house, and that he placed one of the firearms in the back bedroom because it had a "safety", and he placed the other firearm under the couch so the kids would not be able to get to it as it had no "safety".

16. ARRINGTON advised he had not moved the firearms from where he placed them, and that VCTF members recovered the firearms from the exact spots where he initially placed them after purchase.

17. On September 30, 2021, ATF Special Agent Michael Jacobs, an expert in the interstate nexus of firearms, advised me that the referenced firearms are firearms as defined under 18 U.S.C. § 921 and were manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

## Conclusion

18. Based on the above information, probable cause exists to believe that ARRINGTON, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year of imprisonment, knowingly possessed firearms, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Jeffrey J. Sokolowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means.

Hon. Elizabeth A. Stafford
United States Magistrate Judge

Date: September 30, 2021

5