UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

DARRIOUS ARRINGTON,

Defendant.
_____/

Case: 2:21-cr-20634
Judge: Lawson, David M.
MJ: Grey, Jonathan J.C.
Filed: 10-12-2021 At 11:32 AM
INDI USA V. ARRINGTON (DA)

VIOLATIONS:
18 U.S.C. §§ 922(g)(1)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE

**18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm**

On or about September 29, 2021, in the Eastern District of Michigan, Darrious Arrington, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, one SNZ SAR 9 and one Glock, Model 27, said firearms having been shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

1

## **FORFEITURE ALLEGATION**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offense charged in Count One of this Indictment, Defendant shall forfeit to the United States any firearm or ammunition involved in said offense, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

Saima S. Mohsin
Acting United States Attorney


*s/ Benjamin Coats*
BENJAMIN COATS
Chief, Major Crimes Unit
Assistant United States Attorney

*s/ Tara Mathena Hindelang*
TARA MATHENA HINDELANG
Assistant United States Attorney

Dated: October 12, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case C | Case: 2:21-cr-20634<br>Judge: Lawson, David M.<br>MJ: Grey, Jonathan J.C.<br>Filed: 10-12-2021 At 11:32 AM<br>INDI USA V. ARRINGTON (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to c[...]

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes  ☒ No | AUSA's Initials: TMH |

**Case Title:** USA v. Darrious Arrington

**County where offense occurred:** Wayne

**Check One:**  ☒ Felony   ☐ Misdemeanor   ☐ Petty

____Indictment/____Information --- **no prior complaint.**
_✓_Indictment/____Information --- **based upon prior complaint** [Case number: 21-mj-30469 ]
____Indictment/____Information --- **based upon LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

October 12, 2021
Date

Tara Hindelang
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: 313-226-9543
Fax: 313-226-2372
E-Mail address: tara.hindelang@usdoj.gov
Attorney Bar #: P78685

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.